## Commonwealth *v.* Butts, Appellant.

Submitted December 7, 1970. *Barry H. Denker, Labron K. Shuman,* and *Shuman, Denker & Land,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Choice, Appellant.

Submitted December 7, 1970. *Samuel Dashiell,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Clementson, Appellant.

Submitted December 7, 1970. *Morris Paul Baran,* and *Sporkin and Baran,* for appellant; *Stephen J. Margolin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.